Paul   Sloan
11640 N. Tatum Blvd. Unit 2082
PhoenixAZ 85028
(480) 290-4796

Tonya McFee
48438 Manhattan Circle
Canton, MI 48188
(313) 690-6500

Cynthia Warner
400 Williams Drive
Eureka, MO 63025
(734) 578-6116



# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Paul Sloan, Tonya McFee, Cynthia Warner | |
|---|---|
| Plaintiffs, | CASE NUMBER: CV-21-1532-PHX-DGC |
| v. | |
| United States | **COMPLAINT** |
| Defendant(s). | |

### Jurisdiction

This court has jurisdiction over this matter pursuant to Federal Tort Claims Act (FTCA), sections 1346(b) and 2671-2680, title 28 United States Code, which provides, in effect, that a tort claim that is administratively denied may be presented to a Federal district court for judicial consideration. Such a suit must be initiated, however, within 6 months after the date of mailing of notice of final denial as shown by the date of the denial letter (section 2401(b), title 28 United States Code).

Plaintiff Paul Sloan is a resident of Phoenix, Maricopa County, AZ.  Plaintiff, Tonya McFee, is a resident of Canton, Wayne County, MI.   Plaintiff, Cynthia Warner, is a resident of Eureka, St. Louis County, MO.  They are all citizens of the United States. The defendant is the United States. The cause of action arose in the Phoenix division.

## Complaint

This claim concerns the substandard medical care provided by agents, servants, and employees of the United States at the the Phoenix VA Medical Center in Phoenix, Arizona to Paul Sloan starting on January 12, 2012 when an x-ray showed sclerotic lesions of the lumbar spine and continued until January 13, 2016, date of discovery, when Mr. Sloan was diagnosed with Stage IV Hodgkin's Lymphoma of the lumbar and thoracic spine with a very poor prognosis.

This claim concerns the substandard medical care provided to Paul Sloan by the Phoenix V AMC including, bud not limited to a four year delay in diagnosis and treatment of Hodgkin's Lymphoma despite imaging evidence of malignancy leading to Stage IV disease and resulting in a very poor prognosis.

On 1/12/12, Mr. Sloan presented to the Phoenix VA ER due to a complaint of cough and congestion. He was seen by Dr. Tommy C. Leeper and a chest x-ray was ordered. The results included, "There is spondylosis of the thoracic spine and disc space narrowing of the mid-thoracic spine. The bodies of L1, L2 and L3 appear to be sclerotic. There is a degenerative disc space narrowing of L1-L2 and L2-L3." (Radiology Report 1/12/12.) Impression included, "Degenerative changes of the thoracic spine. Sclerotic appearance of the bodies of L1, L2 and L3. This may be on the basis disease. Is there any indication for a primary malignancy? Id. Mr. Sloan was diagnosed with bronchitis. He was not informed about the lumbar vertebrae abnormalities and no follow-up on the sclerotic lumbar vertebrae occurred.

Approximately 3 weeks later on 2/5/12, Mr. Sloan was back in the ER complaining of shortness of breath. He was seen by Roderick J. Flowers and another chest x-ray was ordered. Clinical History stated, "Complaint of shortness of breath, history of COPD and treated for bronchitis last month and steroids. Feels similar to before." (Radiology Report 2/5/12) The report included, "Please Note: Sclerotic vertebral body abnormalities (mets?) were reported on recent CXR of 12 January 2012...Recommend clinical correlation and consideration of further evaluation. Report telephoned to ED physician at 08:45 hours. Code 4. Primary Diagnostic Code: Abnormality, Attn. Needed." Id. Once again Mr. Sloan was not informed of the vertebrae sclerotic lesions and no follow-up occurred. VA policy requires the Veteran's PCP to follow-up after ER visits and address any imaging abnormalities or concerns. Mr. Sloan's PCP failed to provide further evaluation of the abnormal lumbar vertebra.

Sclerotic vertebral body abnormalities can be due to infection, neoplasm, trauma or rheumatic disease. Therefore, the standard care when Mr. Slaon's x-ray revealed sclerotic lesions was to rule out of

malignancy as the cause of the lesions. Had the VA performed proper follow-up with further evaluation of the sclerotic lesions in 2012 more likely than not, the Hodgkin's Lymphoma would have been diagnosed at a much earlier stage and with proper treatment Mr. Sloan would have had an opportunity for a cure. Instead over 3 years went by before Mr. sloan developed progressive symptoms of the disease with increasing back pain radiating down his leg and unintentional weight loss.

On 7/29/15, Mr. Sloan called the VA complaining of 10 out of 10 back pain. The note stated, "Patient calling to report that he is having increased back pain, radiating down to his legs, he is having just moved so h may have strained his back. Burning to the foot not the right side. He thinks this may be nerve pain." (Nursing Telephone Encounter Note 7/29/15.) He was told to report to the ER. When he arrived at the ER, Mr. Sloan was seen by Joseph Casperson, Staff Physician. The note stated, "HPI: 66 year old male complaint of lumbar pain with radiation to lower left extremity (LLE). History of chronic back pain." (Physician Emergency Department Note 7/29/15.) ED course stated, "Patient evaluated, symptoms consistent with lumbar radiculopathy. Given decadron, toreador with symptom improvement." Id. Assessment stated, "Lumbar radiculopathy." Id. Plan stated, "Take medication as directed...Patient discharged to home at 20:46." Id. As the lymphoma advanced, Mr. Sloan was experiencing worsening symptoms.

Approximately 3 weeks later on 8/17/12, Mr. Sloan again called the VA due to uncontrolled lumbar pain. The note stated, "Vet states he has pain in his lower back and radiate down the left leg. Vet states he has been taking Tylenol but he needs something stronger for the pain. Chief Complaint: Back Pain. Duration of Complaint: 10 days. Positive Responses: HPI: back pain, onset within past week. HPI: back pain, severe. HPI: back pain, unilateral. HPI: difficulty walking. HPI: numbness, groin or legs, new." (Report of Contact 8/17/15. Mr. Sloan was prescribed a stronger pain medication by M. Chrisitina Desouza, MD. 8/18/15 Addendum stated, "Sending him meloxicam 7.5 mg bid to take with food. Do not take IBP, naproxen, Aleve, Advil while taking meloxicam." Id.

Two days later on 8/19/15, Mr. Sloan was back in the ER due to his excruciating low back pain of 8 out of 10. He was seen by John Alvey, DO. HPI stated, "66 year old male complaint of pain low back radiating down the left leg for over 2 days. He was previous history. Back pain associated with degenerative disc disease. He had moved into a new condo 5 days ago and believes the back pain to have been precipitated by this. Pain said to begin the low back, radiating via left gluteal to the left foot. Burning sensation described over the dorsal aspect of the left foot." (Emergency Department Note 8/19/15.) The note continued "Assessment/Plan: His pain is different than previous episodes in that before the pain was virtually eliminated with recumbency. This is not the case today. In fact at rest his pain was escalating to the point of requiring IV pain medications. With this fact, as well as asymmetric pedal pulses

and hypertension and CT is requested and pending to exclude aortic dissection as a cause for the back pain. If this is ruled out he will be treated for recurrent back pain with radicular component for follow up with his Dr. Plan:  Patient discharged home, meds ordered Prenisone 20mg, bid for 5 days.  Vicodin 5/325 1 TID PRN, #12."  Id.  A CT scan of the abdomen and pelvis was ordered but no imaging of the lumbar spine to determine the etiology of Mr. Sloan's progressive and unrelenting back pain was conducted.  Two months later, Mr. Sloan was forced to go outside the VA for an MRI of the lumbar spine.

The following day on 8/20/15, Mr. Sloan was seen again by M. Chrisitina Desouza, MD.  The note stated, "Complaining of acute/subacute back pain x 1 months.  Believes this is due to stress and poor sleeping since he got his condo.  Seen in ER x 2 during this period of time.  Yesterday was the second time seen there.  Prescribed Vicodin and prednisone (the latter for 5 days.)  Pain starts in the left side LS (lumbar spine) and goes down LLE.  Anteriorly....Tells me Vicodin helps with pain.  Wants an MRI of his back, but I think this is precipitous, as he does indeed have subacute/acute back pain.  So I am getting LS x-rays in flexion and extension, giving him more Vicodin and flexural.  Advised to alternate heating pad and ice to the back.  I gave him more Vicodin and flexeril.  Feedback in 1 month.  If symptoms not improved will MRI back. (Primary Care Note 8/20/15)  Plan stated, " X-rays LS, Vicodin and Flexeril via mail, alternate heating pad and ice packs....RTC in 8 months or prn."  Id.  Dr. Desourza refused to order an MRI of the lumbar spine and failed to review the previous imaging from 2012 showing abnormality of the lumbar vertebrae.

The following month on 9/17/15, Mr. Sloan again contacted the VA.  The note stated, "Comments: Patient states he wants to know the next plan of care.  Says he can't keep taking meds to alleviate the problem.  He got a shot for the sciatic nerve in back, but the pain subsided only for a week and a half.  Please contact vet."  (Report of Contact 9/17/15.)  M. Crisitina Desourza, MD responded, "Make phone appointment in 10-14days."  Id.

However, the pain was so severe, Mr. Sloan could not wait the 2 weeks and on 9/25/15, he presented back to the VA.  He was also now complaining of abdominal pain and shortness of breath.  ED Course stated, "Patient evaluated.  Patient has multiple complaints back pain, abdominal pain with constipation, sob, cough.  Given Zofran, NS x 2 L, after discussing study results and reviewing care plan, Levaquin for pneumonia, Miralax for narcotic induced constipation, probiotic, patient now states he has 'migraine' Given Benadryl, Tylenol.  Patient diagnosed with secondary polycythemia x heme/ onc." (Physician Emergency Department Note 9/25/15."

Due to failure of the VA to order additional imaging for Mr. Sloan's back pain despite a CT scan and him requesting an MRI over a month earlier, he made the decision to go to a private provider to obtain an MRI.

On 10/21/15, Mr. Sloan presented to the VA to drop off a copy of his MRI imaging. The note stated, "Patient presents to the clinic to drop off radiology report from Scottsdale medical imaging. This writer made copies and placed in PACT team folder for PCP to review. Scan sheet req." (Report of Contact 10/21/15.) A week later on 10/27/15 an Addendum by M. Crisitina Desouza, MD stated, "Please make a phone appointment with Mr. Sloan in 2 weeks to discuss his MRI and thought of a plan of care." Id. Once again, Dr. Desouza documented to wait 2 weeks for an appointment for Mr. Sloan which appeared to be her requirement despite the urgency of the issue or suffering the Veteran was experiencing.

Approximately 2 weeks later on 11/12/15, Dr. Desouza finally looked at the outside MRI report, realized Mr. Sloan had a significant condition and that he required surgery. The note stated, "Called patient to discuss results of MRI done outside. He does have severe spinal stenosis between L2-L3 and in light of this, he will be a better candidate for surgery to decompress the area. He agrees with seeing spinal surgeon at the VA, but will need to get me the disc, so that I can give to the spinal surgeon." (Primary Care Telephone Encounter Note 11/12/15.) Plan stated, "Renew Vicodin, wait for disc and then place spinal surgery consult for this patient." Id.

Eight days later on 11/20/15, an Addendum by Sonia a Sekito, RN stated, "Spoke with vet, he verified his name and SSN, informed him consult for ortho-spine has been placed by his PCP, his MRI disk and report have been personally handed to the said clinic, he should wait for them to contact him." Id.

On 11/24/15, a note by Theresa Laluzerne, FNP-C Nurse Practitioner stated, "CPRS Chart and imaging reviewed by Dr. Hawkins and LaLuzerne, NP. Severe LS at L3-L4. Mod LS at 2-3. Please schedule vet with Dr. Hawkins or Dr. Maxwell, first available." (Orthopedic Surgery e&M Note 11/24/15.)

Mr. Sloan was seen on 12/14/15 by Isabel M. Kozak, DNP, NP-C, Doctor of Nursing Practice / Nurse Practitioner and James S. Hawkins, Orthopedic Surgeon. The note stated, "Mr. Sloan is seen today for evaluation of chronic low back pain since 1998 with bilateral LLE pain and severe left leg pain since July 2015. He moved in July and noted this pain, from buttocks to left foot. BMI 42. He has taken ibuprofen, Vicodin, methocarbamol and feels he is getting worse. He saw an outside pain specialist who told him he could not have an epidural injection. Feels his left leg is weaker. Discussed x-rays and MRI showing large disc herniation L3-4 on the left with moderate stenosis L2-3." (Orthopedic Surgery Consult

12/14/15.) Assessment/Plan stated, "Examined with Dr. Hawkins. Large disc herniation L3-4 on the left with moderate stenosis L2-3 discussed with vet. He will need laminectomy and decompression/microdiscectomy L2-3, L3-4, however, he will be sent to NVCC since his BMI is not acceptable here. Will FYI PCP to this plan. DC ortho spine." Id. Mr. Sloan was informed that due to his weight, he would have to be sent to a civilian hospital and he would have to go through the process of non-VA referral.

The Consult Request stated, "To Service: Non VA Care Neurosurgery. From Service: ZZPHX-Ortho-Spine-Hawkins. Requesting Provider: Kozak, Isabel M. Provisional Diagnosis: Spinal Stenosis, Lumbar Region. Chief Complaint: Large disc herniation L3-5 on the left weigh moderate stenosis L2-3 seen in ortho-spine, he will need laminectomy and decompression/microdiscectomy L2-3, L3-4 will need to go outside since over elective BMI. CPRS Released Order 12/14/15. 12/15/15 Approve Choice-First. 01/13/16 First contact attempt for choice first CFC# 3873857. No Answer." (Consult Request 12/14/5. The first attempt to contact Choice-First by the VA coincidentally was on the day Mr. Sloan was undergoing spinal surgery at a private hospital and the lymphoma was discovered. Had Mr. Sloan waited for the Choice-First approval, the delay in diagnosis and treatment of the lymphoma would have been further delayed. Unfortunately, the delay by the Phoenix VA was already significant.

After waiting 5 months from 7/2015 through 12/2015 for the VA to provide relief of his excruciating back pain and the lack of urgency by the VA to obtain Choice-First approval (first contact attempt was nearly a monty later and unsuccessful due to no answer), Mr. Sloan made the decision to go outside the VA for surgery. He underwent lumbar decompressive surgery on 1/13/16 at Houston Methodist Hospital by Dr. Richard Harper. Following he surgery, Mr. Sloan was ecstatic that his back pain was relieved. Unfortunately, a few days later, he received the horrific news that the pathology results of the lumbar vertebrae showed Hodgkin's Lymphoma. The pathology stated, "Anatomic Pathology Diagnosis: L4 epidural mass, biopsy: B cell lymphoma with features most compatible with nodular lymphocyte predominant Hodgkin lymphoma: Epidural tumor, biopsy: B cell lymphoma with features most compatible with nodular lymphocyte predominant Hodgkin lymphoma." (Pathology Report 1/13/16.)

Mr. Sloan was referred to Dr. Ewing at Ironwood Cancer & Research Centers for treatment. Progress note by Dr. Ewing described Mr. Sloan's disease. Dr. Ewing stated, "he reports left sided pain in addition to weakness for approximately one year's time. He also reports in the last 6 months he lost approximately 45 pounds unintentionally. His leg pain had been increasing and this led to his seeking an evaluation and surgical opinion at Houston Methodist Hospital by Dr. Richard Harper. At that time he underwent left resection hemilaminectomy with medical facet vasectomy in nerve root and acquainted decompression with excision of epidural mass on January 13, 2016. He presents today because pathology fro that showed B-cell lymphoma with features most compatible with nodular lymphocyte predominant

Hodgkin's lymphoma. Resection L4 epidural mass showed dense fibrosis largely replaced by infiltrative predominantly small lymphocytes with scattered large atypical lymphocytes....As such, he presents today for evaluation and further recommendations regarding Hodgkin's lymphoma diagnosed on surgical resection of epidural tumor back on January 13, 2016. Since the resection he says his pain has gotten much better but he does continue to have numbness of the leg." (Progress Note Ironwood Cancer & Research Centers 2/4/16.)

Another note from 2/15/16 by Dr. Ewing described the spread of the lymphoma to the thoracic area ad invasion extending to the skin at the L4 area. The note stated, "Diagnosis: Nodular lymphocyte predominant Hodgkin's disease. He has undergone a PET/CT scan, which was preformed on the 8th of February. I have discussed results with him today and this shows findings consistent with an additional small paraspinous nodule, which is PET avid consistent with second spinal lesion at T8 level measuring 1.5 x 0.9 cm with a maximum SUV of 3.8. Additionally, there is a band of elevated FDG avid activity extending from the skin to the back in the left paraspinal area consistent with residual disease at the L4 area. the SUV is 5.1 in this area. No evidence of additional involvement beyond these 2 lesions is seen on recent PET/CT scan. (Ironwood Cancer & Research Centers 2/15/16. Mr. Sloan was informed that he has Stage IV Hodgkin's lymphoma.

U.S. Government health care providers were negligent in failing to further evaluate the lumbar lesions seen on imaging in 2012 leading to progression of the lymphoma with spread to the thoracic vertebra and extension from the skin to the L4 area resulting in a poor prognosis for Mr. Sloan. The Phoenix VA health care providers clearly missed an opportunity to diagnose the lymphoma in 2012 at an early Stage. Mr. Sloan underwent extensive chemotherapy and 17 radiation treatments in a desperate attempt to save his life. Mr. Sloan lives alone and he is struggling with activities of daily living due to his poor health and side effects from the aggressive treatment required for the advanced lymphoma. The full extent of damages to Mr. Sloan is still not known.

**Demand**

Request judicial consideration for monetary damages against the United States due to failure to diagnose and negligence of the health care providers along with an admission of guilt and apology. **Damages: The claim seeks $12,000,000.00 collectively.  ($4,000,000.00 for Paul Sloan, $4,000,000.00 for Tonya McFee and $4,000,000.00 for Cynthia Warner.)**

As a result of the negligence of United States employee health care providers, Paul Sloan has sustained damages and injuries including, but not limited to:

1. Past and future physical pain, suffering, and mental anguish;
2. Past and future medical, health and attendant care;
3. Past and future physical impairment;
4. Loss of enjoyment of life;
5. Loss of household services;
6. Past and future out of pocket expenses; and
7. Other pecuniary damages.

In addition, Paul Sloan seeks recovery of all other damages to which he is entitled pursuant to the applicable state and federal law(s).

As a result of the negligence of United States employee health care providers, Paul Sloan's daughters, Tonya McFee and Cynthia Warner have sustained damages and injuries including, but not limited to:

1. Past and future mental anguish;
2. Past and future medical, health and attendant care for their father;
3. Past and future loss of consortium with their father;
4. Loss of household services;
5. Past and future out of pocket expenses; and
6. Other pecuniary damages.

In additional, Tonya McFee and Cynthia Warner seek recovery of all other damages to which they are entitled pursuant to the applicable state and federal law(s).

Date: 8-15-21

*[signature]*
Signature of Pro Se Plaintiff
Paul Sloan
11640 N. Tatum Blvd. Unit 2082
Phoenix, AZ 85028
(480) 290-4796

Date: 9/6/21

*[signature: Tonya McFee]*
Signature of Pro Se Plaintiff
Tonya McFee
48438 Manhattan Circle
Canton, MI 48188
(313) 690-6500

Date: 02 SEP 2021

*[signature]*
Signature of Pro Se Plaintiff
Cynthia Warner
400 Williams Drive
Eureka, MO 63025
(734) 578-6116